IN THE DISTRICT COURT OF THE UNITED
STATES FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 23CR767 JB |
| | ) |
| **MARQUEZ MARTINEZ** | ) |
| | ) |
| **Defendant.** | ) |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING**

Marquez Martinez, Defendant, by and through undersigned counsel Dennis J. Candelaria, moves this Court for a continuance of the sentencing hearing currently scheduled on March 12, 2024, for a period of 30 days. In support, Mr. Martinez states:

1. Defendant entered a guilty plea to a three count Indictment on August 30, 2023. A Pre-Sentence Report (PSR) was disclosed and received by counsel on October 25, 2023. (Doc. 40). Objections to the PSR were filed on November 2, 2023. (Doc 42). On November 14, Defendant filed a Sentencing Memorandum. (Doc. 43). An Addendum to the PSR was filed by Jon-Paul Barabe on November 16, 2024. (Doc. 47). A Second Pre-sentence Investigation Report was filed on November 16, 2023. (Doc. 48).

2. Undersigned counsel will be out of the office from March 11, 2024 through March 15, 2024. Additionally, undersigned counsel and counsel for the government will both be unavailable the week of March 25, 2024, as both will be in trials that week.

3. Mr. Martinez was also consulted and he approved of a 30-day continuance

of sentencing.

4.	Counsel for the government, Assistant U.S. Attorney Patrick Cordova, does not oppose this motion.

WHEREFORE, Mr. Martinez, by and through undersigned counsel, respectfully requests that this Court continue sentencing for 30 days as set forth above.

                  Respectfully submitted,

                  FEDERAL PUBLIC DEFENDER
                  111 Lomas NW, Suite 501
                  Albuquerque, NM 87102
                  (505) 346-2489

*Electronically filed February 21, 2024*
    */s/ Dennis J. Candelaria*

Dennis J. Candelaria
*Attorney for Mr. Martinez*

2